FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 17 2005

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CYTOMEDIX, INC., | ) Civil Action No. 4-03-CV-422 |
| Plaintiff, | ) Judge James M. Moody |
| v. | ) |
| SAFEBLOOD TECHNOLOGIES, INC., ET AL., | ) |
| Defendant. | ) |

### STIPULATED DISMISSAL WITH PREJUDICE

The parties have agreed to settle the above-captioned matter and jointly request entry of this Stipulated Dismissal With Prejudice. It is, therefore

**ORDERED, ADJUDGED, AND DECREED** as follows:

1. The above-captioned action is hereby dismissed, with prejudice, in its entirety.

2. Each party shall bear its own costs and attorneys' fees.

Date: Oct 17, 2005

_____
UNITED STATES DISTRICT COURT JUDGE

The Parties hereto, through counsel, consent to entry of the above Stipulated Dismissal With Prejudice.

| CYTOMEDIX, INC. | SAFEBLOOD TECHNOLOGIES, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| *Timothy P. Maloney* | *G. Alan Perkins* |
| Stephen Schroer, Esq. | G. Alan Perkins, Esq. |
| John F. Flannery, Esq. | Kelly McQueen, Esq. |
| Karl R. Fink, Esq. | PERKINS & TROTTER, PLLC |
| Timothy P. Maloney, Esq. | P.O. Box 251618 |
| Rudy I. Kratz, Esq. | Little Rock, Arkansas 72225-1618 |
| FITCH, EVEN, TABIN & FLANNERY | Telephone: (501) 603-9000 |
| 120 South LaSalle Street, Suite 1600 | Facsimile: (501) 603-0556 |
| Chicago, Illinois 60603-3406 | |
| Telephone: (312) 577-7000 | |
| Facsimile: (312) 577-7007 | |

H. William Allen
ALLEN LAW FIRM
Ninth Floor
212 Center Street
Little Rock, Arkansas 72201
Chicago, Illinois 60601
Telephone:   (501) 374-7100
Facsimile:   (501) 374-1611

Robert F. Coleman, Esq.
Steven R. Jakubowski, Esq.
ROBERT F. COLEMAN & ASSOCIATES
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
Telephone: (312) 444-1000
Facsimile: (312) 444-1028

Dated: October 19, 2005